JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R.,[1] | Case No. 5:24-cv-01737-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security,[2] | |
| Defendant. | |

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is affirmed and this action is dismissed with prejudice.

DATED: July 10, 2025

_Patricia Donahue_
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in line with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference Committee on Court Administration and Case Management.

[2] Frank Bisignano became the Commissioner of Social Security on May 6, 2025, and is substituted as Defendant in this suit. *See* 42 U.S.C. § 405(g).